EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de términos ante el paso del Huracán María | 2017 TSPR 174<br><br>198 DPR ____ |

Número del Caso: EM-2017-07

Fecha: 18 de septiembre de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de Términos ante el        EM-2017-07
paso del Huracán María

RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de septiembre de 2017.

El 18 de septiembre de 2017, el Servicio Nacional de Meteorología emitió una vigilancia de huracán para todo Puerto Rico ante la inminencia del paso del Huracán María. En vista de la situación climatológica y el riesgo a la vida y a la propiedad que pudiera representar este huracán, se decretó la suspensión de los trabajos en la Rama Judicial a partir del martes 19 de septiembre de 2017 hasta nuevo aviso.

Como resultado de lo anterior y al amparo de nuestra facultad para reglamentar los procedimientos judiciales y conforme a lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73, todo término que venza el 19 de septiembre de 2017, y mientras dure la emergencia, se extenderá hasta que las condiciones del tiempo permitan reanudar las labores en los tribunales y así se anuncie. Se ordena la difusión inmediata de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera